

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-15-00644-CV

Bret **RADCLIFFE**, Robert Radcliffe, and Mamba Minerals, LLC,
Appellants

v.

**TIDAL PETROLEUM, INC.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-07-00176-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

In light of the trial court's language in its February 24, 2015 order stating that "Plaintiff's First Supplemental Traditional and No Evidence Motion for Summary Judgment remains pending as to all mat[t]ers not made moot by this ruling," before the parties address the merits of the appeal, the parties should be prepared to discuss whether the order is a final, appealable order. *See Farm Bureau Cnty. Mut. Ins. Co. v. Rogers*, 455 S.W.3d 161, 163 (Tex. 2015); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001) ("[W]hen there has not been a conventional trial on the merits, an order or judgment is not final for purposes of appeal unless it actually disposes of every pending claim and party or unless it clearly and unequivocally states that it finally disposes of all claims and all parties.").

It is so **ORDERED** on April 14, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court